# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2178

United States of America

Appellee

v.

Joshua James Duggar

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:21-cr-50014-TLB-1)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted in part. Appellant may have until August 22, 2022 to file the brief.

July 28, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans